IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONSERVIT, INC.,** | : | CIVIL ACTION NO. 1:14-CV-296 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DEIMLER'S RECYCLING, INC.,** and **GREG A. DEIMLER,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 24th day of May, 2017, upon consideration of the motion (Doc. 50) filed by plaintiff Conservit, Inc. ("Conservit"), to discontinue the above-captioned action against *pro se* defendants Deimler's Recycling, Inc. ("Deimler's Recycling"), and Greg A. Deimler ("Deimler"), and the court construing Conservit's motion as a request to voluntarily dismiss this matter pursuant to Federal Rule of Civil Procedure 41(a)(2), see FED. R. CIV. P. 41(a)(2), and the court observing that this matter is presently stayed as to Deimler's Recycling pursuant to 11 U.S.C. § 362 pending resolution of the bankruptcy proceedings referenced in the suggestion of bankruptcy (Doc. 23) filed by Deimler's Recycling on October 29, 2014, but that the trustee in bankruptcy does not oppose dismissal of this action, (see Doc. 52), and the court thus finding that the requested dismissal is proper and that no defendant will suffer prejudice thereby, see FED. R. CIV. P. 41(a)(2), it is hereby ORDERED that Conservit's motion (Doc. 50) is GRANTED and the above-captioned action is DISMISSED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania